Kamran Fattahi (CA Bar No. 150,343)
LAW OFFICES OF KAMRAN FATTAHI
(A Professional Corporation)
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Tel: (818) 205-0140
Fax: (818) 205-0145
E-mail: Kamran@FattahiLaw.com

Attorneys for Plaintiff
HMS STORES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HMS STORES, LLC, a California limited liability company,<br><br>           Plaintiff,<br><br>     v.<br><br>RGM DISTRIBUTION, INC., a New York corporation; DecorPlanet.com Network, an unknown entity; and DOES 1-10, inclusive,<br><br>           Defendants.<br>_____ | Case No. 2:14-CV-9730<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

For its Complaint, Plaintiff "HMS Stores, LLC" alleges as follows:

**Jurisdiction and Venue**

1.  This civil action arises under the United States Trademark Act, 15 U.S.C. § 1051 *et seq.* ("Lanham Act") for trademark infringement and false designation of origin; and under the statutory and common laws of the State of California relating to trademarks, trade names, unfair competition, and unfair business practices.

2.  This Court has jurisdiction pursuant to 28 U.S.C.§ 1331 (federal question) and 28 U.S.C. § 1338 (trademarks). The Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

3.  Venue is proper in this district pursuant to 28 U.S.C. §1391, including 28 U.S.C. §§ 1391(b) and ( c), in that on information and belief, Defendants are subject to

jurisdiction and are doing business in this district, Defendants have sold goods under the infringing mark to customers in this judicial district, and/or a substantial part of the events giving rise to the claims hereunder occurred in this judicial district, and/or a substantial part of the property that is the subject of the action is situated in this judicial district.

## **The Parties**

4. Plaintiff HMS Stores, LLC d/b/a "Modern Bathroom" ("Plaintiff" or "HMS") is a limited liability company organized under the laws of the State of California, with its principal place of business at 7040 Lankershim Blvd., North Hollywood, CA 91605.

5. On information and belief, Defendant RGM Distribution, Inc. ("RGM") is a corporation organized under the laws of the State of New York, with a place of business at 1530E McDonald Ave., Brooklyn, NY 11230, is registered as a business entity with the Secretary of State of California, and at all relevant times has been and is doing business in this judicial district, including sales of goods or services in this judicial district through the use of the infringing mark "ModernBath.com."

6. On information and belief, Defendant DecorPlanet.com Network ("DecorPlanet.com") is an unknown business entity, with a place of business at 18 W. 21st Street, New York, NY 10010, and at all relevant times has been and is doing business in this judicial district, including sales of goods or services in this judicial district through the use of the infringing mark "ModernBath.com."

7. On information and belief, the operations of DecorPlanet.com relevant to this action are conducted and/or controlled by or through RGM.

8. The true names and capacities of defendants sued herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, and they are therefor listed by such fictitious names. Plaintiff will amend this Complaint to include their proper names and capacities when ascertained. On information and belief, each of the fictitiously named defendants participated in some manner or is responsible or liable for the acts and omissions described in this Complaint and the damages resulting therefrom.

9. On information and belief, each defendant is the agent of each other defendant, and each defendant is in active concert with each other defendant with respect to the matters relevant to the acts and omissions complained of herein.

### **Plaintiff and Its "MODERN BATHROOM" Trademark**

10. HMS is engaged in the business of retail sales of a wide variety of bathroom products, including bathroom fixtures, vanities, sinks, faucets, toilets, mirrors, bathtubs, shower doors/enclosures, shower bases, cabinets, shelves, and accessories. HMS markets and sells such products to consumers through its showrooms named "MODERN BATHROOM" that are located in this judicial district as well as through its online website of www.ModernBathroom.com.

11. The designation MODERN BATHROOM appears prominently as the name and trademark of HMS' business described above, including on showroom signage, marketing and advertising materials, HMS' website www.ModernBathroom.com, and on invoices issued to customers. Attached hereto as **Exhibit 1** are true and correct copies of examples of HMS' prominent use of the MODERN BATHROOM mark, including pages from the www.ModernBathroom.com website, photos of showroom signage, and printed advertisement.

12. On October 10, 2006, Vida Lifestyle, Inc. ("Vida Lifestyle"), a predecessor-in-interest of HMS, filed Application Serial No. 77/017,997 with the United States Patent and Trademark Office ("PTO") to register the MODERN BATHROOM mark on the basis of its use of that mark since at least as early as August 1, 2005.

13. On October 14, 2008, the PTO granted Vida Lifestyle's application and issued U.S. Registration No. 3,514,633 on the Principal Register for the MODERN BATHROOM mark in standard characters in connection with "retail stores featuring bathroom fixtures, vanities, sinks, faucets, toilets, mirrors, and accessories therefor" in International Class 35 (hereinafter the "MODERN BATHROOM Registration"). On August 31, 2012, Vida Lifestyle assigned and transferred its rights to the MODERN BATHROOM Registration and mark to HMS.

14. True and correct copies of the certificate of registration for U.S. Registration No. 3,514,633 for the MODERN BATHROOM, the PTO's electronic records showing the current status of this registration, and the relevant Trademark Assignment document and of the PTO's Notice of Recordation of the same are attached hereto as **Exhibit 2**.

15. On October 13, 2014, HMS filed with the PTO a Combined Declaration of Use and Incontestability under Sections 8 and 15 of the Lanham Act for the MODERN BATHROOM Registration. On October 29, 2014, the PTO issued a Notice of Acceptance and Acknowledgment thereof (see Exhibit 2), and as such, the MODERN BATHROOM Registration has become incontestable pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.

16. The MODERN BATHROOM Registration is valid and subsisting, and by virtue of the MODERN BATHROOM Registration and its incontestable status, pursuant to 15 USC §1115(b), the MODERN BATHROOM Registration creates conclusive evidence of the validity of the registration, of HMS' ownership of the mark, and of HMS' exclusive right to use the mark in commerce throughout the United States on or in connection with the services listed therein.

17. HMS' rights in the MODERN BATHROOM mark date back to at least as early as August 1, 2005 and the MODERN BATHROOM mark has been continuously used in the United States since that date.

18. HMS has spent and continues to spend significant efforts in promoting and advertising its MODERN BATHROOM trademark, and the mark represents and symbolizes HMS' valuable asset and embodies the goodwill and business reputation associated with the goods/services marketed and sold thereunder.

### Defendants and Their Illegal Acts

19. On information and belief, Defendants own, control and/or operate the website www.ModernBath.com which has recently started to offer and sell a variety of bathroom products such as bathroom vanities, cabinets, lighting, showers, tubs, toilets,

1 faucets, sinks, storage cabinets, mirrors, fans, lighting, doors, hardware, bathroom
2 accessories, as well as products for the kitchen, including kitchen sinks, faucets, range
3 hoods, and accessories and parts.

4      20.    On information and belief, the name of the registrant and owner of the
5 domain name "ModernBath.com" is not publicly as it is listed as "Registration Private,"
6 but the "Registrant Organization" is publicly listed as "Domains By Proxy, LLC" of
7 Scottsdale, Arizona. However, on information and belief, the true registrant and owner of
8 the domain name "ModernBath.com" is possibly one of the specifically named defendants
9 (RGM or DecorPlanet.com), or it is one of the fictitiously name defendants DOES 1-10.
10 Plaintiff will seek to determine the identity of the true registrant and owner of the domain
11 name "ModernBath.com."

12      21.    On information and belief, the designation "MODERNBATH.com" is
13 prominently displayed on the website www.ModernBath.com and on the web pages of the
14 same as the business name, brand, trademark or service mark of the entity that is engaged
15 in offering and selling the products advertised therein. True and correct copies of some of
16 the pages of the website www.ModernBath.com are attached hereto as **Exhibit 3**.

17      22.    On information and belief, the website www.ModernBath.com states its
18 relationship with defendant DecorPlanet.com as follows: "ModernBath.com (Part of
19 DecorPlanet.com Network)." [See Exhibit 3]

20      23.    On information and belief, defendant RGM is identified as the owner of
21 U.S. Registration No. 4,312,356 issued on April 2, 2013 by the PTO for the mark
22 "DecorPlanet" in connection with "on-line retail store services featuring bathroom
23 fixtures, bathroom accessories and kitchen and bathroom tiles; retail store services
24 featuring bathroom fixtures, bathroom accessories and kitchen and bathroom tiles."

25      24.    On information and belief, the "About Us" page of the website
26 www.ModernBath.com explains its business as follows: "ModernBath.com (Part of
27 DecorPlanet.com Network) specializes in selling luxurious home and bathroom products
28 including bathroom vanities, bathroom faucets, bathroom cabinets & mirrors, bathroom

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

1  shower panels, and a variety of other contemporary bathroom items online at discounted
2  prices." [See Exhibit 3]

3       25.    On information and belief, the website www.ModernBath.com includes an
4  electronic shopping cart whereby customers throughout the United States, including those
5  in this judicial district, may order, pay for, and receive shipments of products offered on
6  that website. [See Exhibit 3]

7       26.    On information and belief, the website www.ModernBath.com includes an
8  interactive online "live chat" feature whereby customers throughout the United States,
9  including those in this judicial district, can ask questions and otherwise interact with
10 representatives of the website.

11      27.    On information and belief, the website www.ModernBath.com lists several
12 physical showroom locations in the State of New York under the name
13 "DecorPlanet.com." [See Exhibit 3]

14      28.    On information and belief, searches on various internet search engines for
15 the term "Modern Bathroom" produce results that include links to HMS' website
16 www.ModernBathroom.com as well as the website www.ModernBath.com. True and
17 correct copies of searches for the term "Modern Bathroom" on Google and Yahoo search
18 engines showing such results are attached hereto as **Exhibit 4**.

19      29.    Since approximately August 2011, RGM and DecorPlanet.com have been a
20 supplier and seller of certain bathroom related products to HMS. In addition, since
21 approximately August 2011, another entity by the name of Wyndham Collection, LLC,
22 which is owned by the owners of HMS, has been supplying and selling bathroom related
23 products to RGM and DecorPlanet.

24      30.    On information and belief, in view of the pre-existing relationship between
25 the parties, when defendants RGM and DecorPlanet.com recently acquired ownership of
26 the "ModernBath.com" domain and launched the www.ModernBath.com website, they
27 did so with full knowledge of HMS' MODERN BATHROOM trademark, MODERN
28 BATHROOM Registration, and www.ModernBathroom.com website.

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

31. On information and belief, Defendants first acquired ownership of the registration for the domain name "ModernBath.com" and first began to publicly launch the website www.ModernBath.com after the first use and registration of the MODERN BATHROOM mark by HMS and/or HMS' predecessor-in-interest.

32. On information and belief, Defendants registered the domain name "ModernBath.com" in bad faith and with full knowledge of the rights of HMS and/or HMS' predecessor-in-interest in the MODERN BATHROOM Registration and mark.

33. On information and belief, Defendants began to use and have been using the "ModernBath.com" domain name and mark in bad faith and with full knowledge of the rights of HMS and/or HMS' predecessor-in-interest in the MODERN BATHROOM Registration and mark.

34. On information and belief, Defendants have engaged and continue to engage in the acts complained of herein willfully, deliberately, maliciously, oppressively, in bad faith, without justification, and/or with conscious disregard for the rights in the MODERN BATHROOM Registration and mark, which are owned by HMS.

35. HMS has not authorized Defendants, or anyone associated with Defendants, to register the domain name "ModernBath.com" or to own and operate a website under the address www.ModernBath.com or to use "ModernBath.com" for any purpose, including as a business name, trademark or service mark or as part of any domain name.

36. Defendants' use of the "ModernBath.com" domain name and mark in connection with sales and marketing of bathroom and kitchen related products and internet websites offering the same, is likely to cause confusion, mistake, or deception as to affiliation, connection, or association between Defendants and HMS, and/or as to the origin, sponsorship, or approval of Defendants' goods/services or commercial activities by HMS.

37. On information and belief, Defendants have engaged and continue to engage in their willful and intentional infringing acts, including the registration of the domain name "ModernBath.com" and operation of the website www.ModernBath.com,

which is in direct competition with the goods/services offered and sold under HMS' MODERN BATHROOM mark.

**FIRST CAUSE OF ACTION**
**(Against all Defendants: Infringement of Federally Registered Trademark – Lanham Act, 15 U.S.C. § 1114(1))**

38. HMS incorporates by reference the allegations in paragraphs 1-37 above.

39. Defendants' use of the name and designation "ModernBath" and the domain name "ModernBath.com" in connection with marketing and selling bathroom and kitchen related products and in operating the website www.ModernBath.com, is likely to cause confusion with HMS' MODERN BATHROOM mark, and constitutes infringement of HMS' federally registered MODERN BATHROOM trademark in violation of the Lanham Act, 15 U.S.C. § 1114(1).

40. HMS has been and continues to be damaged by, and Defendants have profited from, Defendants' illegal acts in an amount to be determined.

41. HMS has no adequate remedy at law, and has and will continue to suffer irreparable injury resulting from Defendants' illegal acts unless Defendants are enjoined.

42. HMS is entitled to injunctive relief, infringer's profits, damages sustained by HMS, enhanced damages, costs and attorneys' fees, and an order for the destruction of all infringing articles under the Lanham Act, 15 U.S.C. §§1116, 1117, 1118.

**SECOND CAUSE OF ACTION**
**(Against all Defendants: Federal False Designation of Origin and Misrepresentation – Lanham Act, 15 U.S.C. § 1125(a))**

43. HMS incorporates by reference the allegations in paragraphs 1-37 above.

44. Defendants' use of the name and designation "ModernBath" and the domain name "ModernBath.com" in connection with marketing and selling bathroom and kitchen related products and in operating the website www.ModernBath.com, constitutes trademark infringement, misrepresentation and false designation of origin or sponsorship or approval of such goods and services, and violates HMS' rights in the MODERN BATHROOM mark under the Lanham Act, 15 U.S.C. § 1125(a).

45. HMS has been and continues to be damaged by, and Defendants have

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

1 profited from, Defendants' illegal acts in an amount to be determined.

2     46. HMS has no adequate remedy at law, and has and will continue to suffer
3 irreparable injury resulting from Defendants' illegal acts unless Defendants are enjoined.

4     47. HMS is entitled to injunctive relief, infringer's profits, damages sustained
5 by HMS, enhanced damages, costs and attorneys' fees, and an order for the destruction of
6 all infringing articles under the Lanham Act, 15 U.S.C. §§ 1116, 1117, 1118.

### THIRD CAUSE OF ACTION
**(Against all Defendants: Violation of Anticybersquatting Consumer Protection Act – Lanham Act, 15 U.S.C. § 1125(d))**

    48. HMS incorporates by reference the allegations in paragraphs 1-37 above.

    49. Defendants' use of the internet domain name that contains the term "ModernBath," including the domain name "ModernBath.com" on the website www.ModernBath.com creates a likelihood of confusion with HMS' federally registered MODERN BATHROOM mark.

    50. Defendants, or others acting on behalf of or for the benefit of Defendants, have registered and are using the internet domain name of "ModernBath.com" to operate the website www.ModernBath.com in bad faith to unlawfully profit from and/or cause harm to HMS and the good will associated with HMS' MODERN BATHROOM mark.

    51. Defendants' unauthorized registration and use of the domain name "ModernBath.com" for the website www.ModernBath.com creates a likelihood of confusion, mistake, or deception as to the affiliation, connection, or association between Defendants and HMS, and/or as to the origin, sponsorship, or approval of Defendants' goods/services or commercial activities by HMS.

    52. HMS has been and continues to be damaged by Defendants' unlawful registration and use of the domain name "ModernBath.com" and HMS will suffer irreparable harm unless Defendants are enjoined.

    53. Defendants' actions in connection with any domain name that contains the term "ModernBath," including the domain name "ModernBath.com" are in violation of Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

## FOURTH CAUSE OF ACTION
(Against all Defendants: California Statutory Trademark Infringement and Unfair Competition - Cal. Bus. & Prof. Code § 14200 *et seq.*, § 14330, and § 17200 *et seq.*)

54. HMS incorporates by reference the allegations in paragraphs 1-37 above.

55. Defendants' use of the name and designation "ModernBath" and the domain name of "ModernBath.com" in connection with marketing and selling bathroom and kitchen related products and in operating the website www.ModernBath.com, infringes HMS' MODERN BATHROOM mark and constitutes unfair competition in violation of California Business & Professions Code § 14200 *et seq.*, § 14330, and § 17200 *et seq.*.

56. HMS has been and continues to be damaged by, and Defendants have profited from, Defendants' wrongful acts of trademark infringement and unfair competition in an amount to be determined.

57. HMS has no adequate remedy at law, and has and will continue to suffer irreparable injury resulting from Defendants' illegal acts unless Defendants are enjoined.

58. HMS is entitled to injunctive relief, restitution, and to all remedies against Defendants provided under the Cal. Bus. & Prof. Code §14200 *et seq.*, §14330, and §17200 *et seq.*

## FIFTH CAUSE OF ACTION
(Against all Defendants: Common Law Trademark Infringement and Unfair Competition)

59. HMS incorporates by reference the allegations in paragraphs 1-37 above.

60. Defendants' use of the name and designation "ModernBath" and the domain name of "ModernBath.com" in connection with marketing and selling bathroom and kitchen related products and in operating the website www.ModernBath.com, infringes HMS' common law rights in the MODERN BATHROOM mark, and constitutes common law unfair competition by palming off HMS' trademark and trade identity rights.

61. HMS has been and continues to be damaged by, and Defendants have profited from, Defendants' trademark infringement and unfair competition in an amount

1 to be determined.

2     62. HMS has no adequate remedy at law, and has and will continue to suffer
3 irreparable injury resulting from Defendants' illegal acts unless Defendants are enjoined.

4     63. HMS is entitled to injunctive relief, and to all remedies against Defendants
5 provided under common law of unfair competition and trade practices.

6     64. HMS is entitled to all remedies against Defendants as provided under the
7 common law of unfair competition and under California law, including under California
8 Civil Code § 3294.

## PRAYER FOR RELIEF

10 WHEREFORE, Plaintiff HMS Stores, LLC prays for and requests:

11     I. That Defendants, their owners, officers, agents, servants, employees,
12 representatives, related entities, successors, and assigns, and all persons, entities, or
13 corporations in active concert and participation with Defendants, be preliminarily and
14 permanently enjoined from:

15     (a) Using or registering the name or designation "MODERNBATH" or
16 "MODERNBATH.com" as a trademark, service mark, domain name, or otherwise in a
17 source indicating fashion on or in connection with advertising, marketing, selling,
18 offering for sale, or distributing in the United States any bathroom, kitchen, or home
19 remodeling products or services related to marketing and sales of the same.

20     (b) Using any other word, term, designation, design, logo, or symbol as a
21 trademark, service mark, domain name, or otherwise in a source indicating fashion on or
22 in connection with advertising, marketing, selling, offering for sale, or distributing in the
23 United States any bathroom, kitchen, or home remodeling products or services related to
24 the marketing and sales of the same, wherein such other word, term, designation, design,
25 logo, or symbol is substantially similar to or confusingly similar to HMS' "MODERN
26 BATHROOM" mark, or is likely to cause confusion, mistake, or deception as to the
27 source, origin, affiliation, or sponsorship with the goods or services of HMS offered
28 under the "MODERN BATHROOM" mark.

(c) Using or registering any Internet domain name that contains the word or term "MODERNBATH" or any domain name that contains the words "MODERN" and "BATH" (or "BATHROOM") in connection with the advertising, marketing, selling, offering for sale, or distributing in the United States any bathroom, kitchen, or home remodeling products or services related to the marketing and sales of the same.

(d) Otherwise engaging in acts of trademark infringement, unfair competition, misrepresentation, or false designation of origin against HMS.

II. For an order that Defendants cancel, and an order directing the responsible domain name registrars to cancel the registration of the domain name "ModernBath.com," any other internet domain name registrations that contain the words "MODERN" and "BATH" (or "BATHROOM"), and any other infringing domain names which are owned by, registered by, or are under the control of the Defendants, and to simultaneously and immediately transfer the ownership of such domain names to Plaintiff.

III. For an order that Defendants shall destroy all signs, labels, prints, brochures, flyers, postcards, mailers, and all marketing materials and advertisements bearing any mark or designation that includes the name "ModernBath.com" (or "ModernBath") that are in Defendants' possession, custody and or control as of the entry of the injunction against the Defendants.

IV. For an order that Defendants file with the Court and serve upon HMS' attorneys of record, within thirty days from the entry of the injunction and orders of the Court, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the terms of the injunction and orders of this Court.

V. For awards of all of the following in favor of Plaintiff HMS Stores, LLC:

(a) Defendants' wrongfully obtained profits, and an accounting to determine the extent and amount of the same;

(b) Damages sustained by HMS;

(c) Statutory damages under 15 U.S.C. § 1117(d) in the amount of $100,000 per infringing domain name against each Defendant who is in violation of the

Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d);

  (d) An increase of all damages and wrongful profits awards against Defendants up to three times the amounts assessed;

  (e) Exemplary and punitive damages against Defendants pursuant to the common law and California law, including California Civil Code § 3294; and

  (f) HMS' reasonable attorney's fees and costs incurred in this action.

 VI. All other relief as the Court deems just and proper.

Dated: December 19, 2014  /s/Kamran Fattahi/
            Kamran Fattahi
            LAW OFFICES OF KAMRAN FATTAHI
            Attorneys for Plaintiff,
            HMS Stores, LLC

## DEMAND FOR JURY TRIAL

Plaintiff HMS Stores, LLC hereby demands a trial by jury of all matters so triable.

Dated: December 19, 2014  /s/Kamran Fattahi/
            Kamran Fattahi
            LAW OFFICES OF KAMRAN FATTAHI
            Attorneys for Plaintiff,
            HMS Stores, LLC

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

-13-  Complaint: HMS Stores v. RGM Distribution