UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-09730-SVW-E | Date | March 4, 2016 |
|---|---|---|---|
| Title | HMS Stores, LLC v. RGM Distribution, Inc. et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

The Court, having received the minutes of the settlement conference, filed March 1, 2016, vacates the August 1, 2016 pretrial conference and the August 16, 2016 jury trial.

The Court moves the matter to the inactive calendar pending finalization of settlement. The parties shall proceed with the settlement as negotiated in the settlement conference. Should the settlement not be finalized within the designated time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

:

Initials of Preparer    PMC